

COM.

v.

ROJAS, P.

**2735 EDA 2015**

Superior Court of Pennsylvania.

04/28/2017

CP–39–CR–0002191–2009.
(Lehigh)

Affirmed

SCHNELLER, J.

v.

HALPFENNY MANAGEMENT CO.

**520 EDA 2016**

Superior Court of Pennsylvania.

04/28/2017

Reargument Denied 7/7/2017

13–3653
(Delaware)

Affirmed

COM.

v.

SHADDING, A.

**948 EDA 2016**

Superior Court of Pennsylvania.

04/28/2017

CP–51–CR–0000097–2015 (Philadelphia)

Affirmed

DEUTSCHE BANK, et al.

v.

BROITMAN, E.

**1667 EDA 2016**

Superior Court of Pennsylvania.

04/28/2017

2014–03469 (Bucks)

Affirmed

L.A.B.

v.

J.C.B., JR.

**2091 EDA 2016**

Superior Court of Pennsylvania.

04/28/2017

No. A06–13–61133–C–19 (Bucks)

Reversed

